FRENCH OVER-SEAS CORPORATION, Respondent, v. FIVE CONTINENTS CORPORATION and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

ELIAS D. COHEN, Respondent, v. CHARLES COHEN, Appellant. (Action No. 1.) AMELIA HAMBURGER, Respondent, v. CHARLES COHEN, Appellant. (Action No. 2.) SIMON S. HAMBURGER, Respondent, v. CHARLES COHEN, Appellant. (Actions Nos. 3 and 4.)— Orders reversed, with costs, and verdicts reinstated and judgment ordered to be entered thereon, with costs, on the ground that the verdicts were not contrary to the evidence or contrary to the law. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES A. FOLEY, as Receiver of the Property of REGINALD RONALDS, Appellant, v. REGINALD RONALDS, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MAURICE PASACHOFF, an Infant, by MIKE PASACHOFF, His Guardian ad Litem, Respondent, v. CORNELIUS A. SULLIVAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOSEPH ESCHBACH, Respondent, v. DAVID R. COHEN, Appellant. EVA ESCHBACH, Respondent, v. DAVID R. COHEN, Appellant.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARGARET VON MALTZAHN, Appellant, v. CYNTHIA BURDEN, Respondent, Impleaded with JOHN KELLY.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MCINTOSH & SEYMOUR CORPORATION, Appellant, v. GEORGE G. MOORE, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARGARET T. HOWARD, Appellant, v. ALFRED E. SMITH, as Sheriff of the County of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.